IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C 12-4845 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| EDUARDO RAUL REYES, | |
| Defendant. | |

Plaintiff's motion for entry of default judgment has been granted. Judgment in favor of plaintiff in the amount of $2,200.00 is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 8, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE